THE STATE OF MONTANA EX REL. GLENN HENRY LAGERQUIST, RELATOR, *v.* THE DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF YELLOWSTONE, THE HONORABLE E. E. FENTON, DISTRICT JUDGE, AND JOHN L. ADAMS, JR., ESQ., COUNTY ATTORNEY FOR YELLOWSTONE COUNTY, MONTANA, RESPONDENTS.

No. 11299.
Decided March 16, 1967.
437 P.2d 624.

PER CURIAM:

Original proceeding. Application for alternative writ of prohibition or other appropriate writ.

The application is denied and the proceeding is dimissed.

STATE OF MONTANA EX REL. GLENN HENRY LAGERQUIST, RELATOR, *v.* DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF YELLOWSTONE, AND THE HONORABLE CHARLES LUEDKE, PRESIDING JUDGE, RESPONDENT.

No. 11406.

PER CURIAM:

Original proceeding.

Relator by petition seeks a writ of supervisory control or other appropriate writ.

The relief sought is denied and the proceeding ordered dismissed.

DATED this 9th day of November 1967.